**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
TIMOTHY GRAYSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMOTHY GRAYSON,<br><br>        Defendant | Case No.: Case No. 14-CR-00085 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, TIMOTHY GRAYSON, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, August 18, 2014 in Courtroom 7 of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 8/13/14                                                  /s/Timothy   Grayson_____
                                                                          TIMOTHY GRAYSON

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant TIMOTHY GRAYSON is hereby excused from appearing at this court hearing scheduled for Monday, August 18, 2014.

IT IS SO ORDERED.

Dated:   **August 14, 2014**               **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE