**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
TIMOTHY GRAYSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>TIMOTHY GRAYSON,<br><br>            Defendant | Case No.: Case No. 14-CR-00085 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE AND ORDER** |

Defendant, TIMOTHY GRAYSON, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, November 3, 2014 in Courtroom 7 of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/27/14                                                    _/s/_____
                                                                           TIMOTHY GRAYSON

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant TIMOTHY GRAYSON is hereby excused from appearing at the hearing scheduled for Monday, November 3, 2014.


IT IS SO ORDERED.

Dated:   **October 28, 2014**             **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE