**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY GRAYSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>TIMOTHY GRAYSON,<br><br>   Defendant | Case No.: Case No.1:14-CR-00085 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, TIMOTHY GRAYSON, hereby waives his appearance in person in open court upon the status conference set for Monday, December 15, 2014 at 1:00 p.m. in Courtroom Seven of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 12/11/2014                             */s/Timothy Grayson*
                                             TIMOTHY GRAYSON

Dated: 12/11/2014                            *David A. Torres*
                                             DAVID A. TORRES
                                             Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant TIMOTHY GRAYSON is hereby excused from appearing at this court hearing scheduled for Monday, December 15, 2014 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **December 12, 2014**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE