**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY GRAYSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY GRAYSON,<br><br>　　　　　　Defendant | ) Case No.: 14-cr-0085LJO-SKO<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND GRANT B. RABENN, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, TIMOTHY GRAYSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Tuesday, January 20, 2015, be continued to Monday, February 23, 2015 or a date convenient to the court.

　　This case has recently been reassigned to AUSA Grant Rabenn.  Mr. Rabenn has no objection to setting a status hearing on February 23, 2015 to allow sufficient time for him to get acquainted with the case and to allow the defense to complete the forensic investigation. Counsel has agreed to extend the time to conduct investigation and to explore the possibility of a

disposition in this matter.  I have spoken to AUSA Grant B. Rabenn, and he has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:1/15/15                                              */s/ David A Torres*___
                                                           DAVID A. TORRES
                                                           Attorney for Defendant
                                                           TIMOTHY GRAYSON


DATED:1/15/15                                              */s/ Grant B. Rabenn*___
                                                           GRANT B. RABENN
                                                           Assistant U.S. Attorney


## ORDER

At the status conference on December 15, 2014, at defense counsel's request, the Court set one final status conference for January 20, 2015, and informed the parties that they shall select a mutually acceptable trial date at the next status conference.  As such, the parties' stipulated request for a continuance of the status conference date is DENIED.   The parties *shall* be prepared to select a mutually acceptable trial date at the status conference on January 20, 2015.

IT IS SO ORDERED.

Dated:   **January 15, 2015**                     /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE