**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY BRIAN GRAYSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>TIMOTHY BRIAN GRAYSON,<br><br>             Defendant | Case No.: 14-CR-00085 LJO-SKO<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF THE DISTRICT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Timothy Brian Grayson, by and through his attorney of record, DAVID A. TORRES hereby requesting that the defendant, TIMOTHY GRAYSON, be allowed to travel out of the Eastern District from July 20, 2015 through July 24, 2015.

Mr. Grayson has informed my office that his daughter, Lauren Grayson, will be graduating from Brigham Young University, Rexburg Idaho Site.  Mr. Grayson will depart from Bakersfield, CA, Monday, July 20, and travel to LAX via bus. His flight will depart at approximately 1:20p.m where he will arrive in Idaho Falls at 4:30 p.m. He, along with his wife, and his mother-in-law will stay at the Comfort Inn

Summary of Pleading - 1

Mr. Grayson will be accompanied by his third party custodian Holly Grayson throughout the entire trip.  Mr. Grayson has complied with all his terms and conditions of his release. United States Pretrial Services Officer, Frank Guerrero, has no objection to Mr. Grayson traveling out of the district.

I have spoken to AUSA Grant Rabenn, he defers to the Pretrial Services and the Court. U.S. Pretrial Services Officer, Frank Guerrero, also defers to the court as to this request.  The court should note that Mr. Grayson will be off the Location Monitoring Program while out of the Eastern District.

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  7/16/15                                     */s/ David A Torres*___
                                                    DAVID A. TORRES
                                                    Attorney for Defendant
                                                    TIMOTHY BRIAN GRAYSON


DATED: 7/16/15                                      */s/ Grant Rabenn*_____
                                                    GRANT RABENN
                                                    Assistant U.S. Attorney


# ORDER

**The Defendant is** allowed to travel to Brigham University in Rexford, Idaho from July 20, 2015 through July 24, 2015.

IT IS SO ORDERED.

Dated:   **July 16, 2015**                **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE