**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY BRIAN GRAYSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY BRIAN GRAYSON,<br><br>Defendant | Case No.: 14-CR-0085 LJO SKO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>**Trial Date: August 25, 2015**<br>**Time: 8:30**<br>**Judge: Lawrence J. O'Neill** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL AND GRANT RABENN, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, TIMOTHY GRAYSON, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Trail date currently set for August 25,

2015 be continued to a date in February 2016 that is convenient to the court.

    Dated: 7/16/15　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/David A. Torres*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY BRIAN GRAYSON

**DECLARATION OF COUNSEL**

I, DAVID A. TORRES, declare as follows:

1. I am an attorney duly licensed to practice in the United States District Court, Eastern District of California.

2. I am the attorney of record for the Defendant, Timothy Grayson.

3. Trial in this matter is currently scheduled for August 25, 2015

4. I am seeking a continuance of the trial and have set forth good cause here in.

5. In May of this year, I began the trial of *People vs. Spencer Rogers, BF152669A*. The Rogers matter was a capital case with consolidated charges to include first degree murder and three separate attempted murders with special circumstances. That trial lasted approximately eight weeks and concluded in mid-June, 2015.

6. Thereafter, I was sent out to try an attempted murder case entitled *People vs. Esteban Gonzales, DF011082A*. That attempted murder case settled prior to jury selection.

7. Several days later I was sent to trial in the matter of *People vs. Benjamin Jimenez, DF011554B*. The Jimenez matter is co-defendant case where in Mr. Jimenez is charged with attempted murder with gang allegations. The shooting occurred on school grounds in the city of Delano, CA. We commenced the trial on Monday, July 13th in Department 8, Kern County Superior Court before the Honorable Michael Dellostritto. This case is projected to last to the end of July or perhaps the first week of August.

8. Once the Benjamin Jimenez case is complete, my office is scheduled to begin the case of *People vs. Ruben Castro, BF154926A*. Mr. Castro is currently charged with

second degree murder. This case is expected to last approximately six weeks long into mid or late September.

9. I previously had an opportunity to discuss with Mr. Rabenn the possibility of continuing the Grayson matter as it has been my intention to file a discovery request as well as possibly filing a motion to quash the search warrant, herein.

10. In my previous conversations with Mr. Rabenn, we believe both of our calendars will be cleared up by February, 2016. We respectfully ask the court to continue this matter until that particular time and time will be excluded by Mr. Grayson. We believe by upon filing a motion and further negotiations we believe that this matter can be resolved without the need for trial.

I declare under penalty of perjury the foregoing statements are true and correct and executed in Bakersfield, California, this 16th day of June 2015.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David A Torres*　　　
　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　TIMPOHY GRAYSON

**IT IS SO STIPULATED.**

                                                            Respectfully Submitted,

DATED:7/16/15                                               */s/ David A Torres*  
                                                            DAVID A. TORRES  
                                                            Attorney for Defendant  
                                                            TIMOTHY GRAYSON


DATED:7/16/15                                               */s/Grant Raben*  
                                                            GRANT RABEN  
                                                            Assistant U.S. Attorney


# ORDER

   The trial date, for Good Cause is continued to February 2, 2016 at 8:30 a.m.. There will be no further continuances. Any conflicts that develop for this date are conflicts for the other cases and courts. Time is excluded due to the issue of availability of counsel, and the representation that further motions are requested and required.

IT IS SO ORDERED.

   Dated:   **July 16, 2015**              **/s/ Lawrence J. O'Neill**  
                                           UNITED STATES DISTRICT JUDGE