**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
TIMOTHY BRIAN GRAYSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY BRIAN GRAYSON,<br><br>Defendant | Case No.: 14-CR-0085 LJO SKO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE (Denied)**<br><br>**Trial Date: February 2, 2016**<br>**Time: 8:30**<br>**Judge: Lawrence J. O'Neill** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, TIMOTHY GRAYSON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Trail date currently set for February 2, 2016 be continued to June 21, 2016, or another date convenient to the court.

    Dated: 11/25/2015                                                 Respectfully submitted,

                                                                   */s/David A. Torres*_____
                                                                   DAVID A. TORRES
                                                                   Attorney for Defendant
                                                                   TIMOTHY BRIAN GRAYSON

**DECLARATION OF COUNSEL**

I, DAVID A. TORRES, declare as follows:

1. I am an attorney duly licensed to practice in the United States District Court, Eastern District of California.

2. I am the attorney of record for the Defendant, Timothy Grayson.

3. Trial in this matter is currently scheduled for February 2, 2016.

4. I am seeking a continuance of the trial and have set forth good cause herein.

5. This case was initially assigned to AUSA David Gappa, who is currently assigned to a detail outside the United States. As a result, AUSA Grant Rabenn was assigned to the case in 2015. He and I are currently engaged in plea discussions as to Mr. Grayson.

6. Additionally, AUSA Rabenn and I have calendaring conflicts with the current trial date in this case. AUSA Mr. Rabenn has three trials scheduled from March through April, 2016, one of which is a multi-defendant case. I am scheduled to begin an attempted rape/sexual assault case (People vs. Coley) in early January. Upon completion of this trial, I am scheduled to be sent out on back to back vehicular manslaughter cases. I anticipate completing these trials late February. Thereafter, I am scheduled to begin a second degree homicide trial with a two week time estimate. I believe that these state matters will impact my ability to effectively prepare Mr. Grayson's defense if the trial takes place on the presently scheduled date of February 2, 2016. If Mr. Rabenn and I don't resolve the Grayson matter, of which there is a good likelihood, we will be prepared to proceed to trial on June 21, 2016 or another date in June 2016 that is convenient for the Court. We respectfully ask the court to

continue this matter until the time requested.  Mr. Grayson is prepared to exclude time. We continue to believe this matter can be resolved without the need for trial.

I declare under penalty of perjury the foregoing statements are true and correct and executed in Bakersfield, California, this 25th day of November, 2015.

/s/ David A Torres
DAVID A. TORRES
Attorney for Defendant
TIMOTHY GRAYSON

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 11/25/15				/s/ David A Torres
DAVID A. TORRES
Attorney for Defendant
TIMOTHY GRAYSON

DATED: 11/25/15				/s/Grant Rabenn
GRANT RABENN
Assistant U.S. Attorney

## ORDER

**The request DENIED.  Good cause has not been established.  Both the United States Attorney's office and Defense Counsel participated in the selection of the trial date. Conflicts that form after the selection are conflicts in the other courts, and not in this court. The case will either be resolved or tried on the date scheduled.**

IT IS SO ORDERED.

Dated:   **November 30, 2015**			/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25