BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
KATHERINE A. PLANTE
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY BRIAN GRAYSON, <br><br> Defendant. | CASE NO.  1:14-CR-00085-LJO-SKO <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

Based upon the entry of plea entered by defendant Timothy Brian Grayson, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Under 18 U.S.C. § 2253(a), defendant Timothy Brian Grayson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. ASUS laptop computer, seized from defendant by law enforcement on or about October 24, 2013.

2. The above-listed asset constitutes property which contain visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(4)(B), or was used or intended to be used to commit and to promote the commission of the aforementioned violation.

3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Department of

Homeland Security in its secure custody and control.

4. a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **March 17, 2016**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                       2