MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675

Attorney for the Defendant
Timothy Grayson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>TIMOTHY GRAYSON ,<br><br>                             Defendant. | CASE NO. 1:14-cr-00085-JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE:  September 13. 2023<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Christopher D. Baker |

**STIPULATION**

COMES NOW, Defendant, Timothy Grayson, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 17, 2023.

2. By this stipulation, defendant now moves to continue the status hearing to **September 13, 2023 at 2:30 p.m.** before the Honorable Christopher D. Baker.  The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant is currently conducting investigation on the matter and needs

1

additional time to complete the investigation.

  b.  The government does not object to, and agrees with, the requested continuance.

  c.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a keeping the currently scheduled hearing date.  Given that this is a supervised release violation proceeding, the provisions of the Speedy Trial Act do not apply.

IT IS SO STIPULATED.

DATED: August 16, 2023

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        Timothy Grayson

DATED: August 16, 2023

        /s/ David Gappa
        DAVID GAPPA
        Assistant United States Attorney

## O R D E R

Good cause appearing for the reasons set forth above in the parties' stipulation, the Court continues the status conference to September 13, 2023, at 2:30 p.m.

IT IS SO ORDERED.

 Dated: **August 16, 2023**               
                  UNITED STATES MAGISTRATE JUDGE