MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675

Attorney for the Defendant
Timothy Grayson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>TIMOTHY GRAYSON,<br><br>                              Defendant. | CASE NO. 1:14cr00085 JLT<br><br>STIPULATION TO CONTINUE<br>CONTESTED HEARING FOR<br>SUPERVISED RELEASE; FINDINGS<br>AND ORDER<br><br>DATE:  December 13, 2023<br>TIME:   9:00am<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, Timothy Grayson, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through counsel of record hereby stipulate as follows:

1.     By previous order, this matter was set for a contested hearing for supervised release on November 15, 2023.

2.     By this stipulation, defendant now moves to continue the contested hearing to **December 13, 2023 at 9:00 a.m.** before the Honorable Jennifer L. Thurston.  The government does not object to this request.

3.     The parties agree and stipulate, and request that the Court find the following:

1

a.      Counsel for defendant is conducting ongoing investigation and cannot proceed with the hearing until it is concluded.

b.      The government does not object to the requested continuance.

c.      Based on the above-stated findings, the ends of justice are served by continuing the case as requested.

3.      Nothing in this stipulation and order shall preclude a finding by the court that good cause exists for the requested continuance.

IT IS SO STIPULATED.

DATED: November 7, 2023

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant


DATED: November 7, 2023

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney


**O R D E R**

The hearing for this matter is continued from November 15, 2023, to December 13, 2023. The continuance is granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice are best served by taking such action.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

UNITED STATES DISTRICT JUDGE