```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
TIMOTHY GRAYSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:14-CR-85 JLT SKO |
| vs. | STIPULATION AND ORDER TO CONTINUE |
| TIMOTHY GRAYSON, | |
| Defendant. | |

Defendant TIMOTHY GRAYSON by and through his attorney James R. Homola, and the United States of America, through its attorney, David Gappa, Assistant U.S. Attorney, hereby stipulate to the following joint request: That the hearing scheduled for December 21, 2023, be continued, for further investigation, to February 1, 2024, at 2:00 pm.  Delay is waived per the Speedy Trial Act.

DATED: December 5, 2023

```
    /s/ James R. Homola              /S/ David Gappa
    JAMES R. HOMOLA                  DAVID GAPPA
    Attorney for Defendant           Assistant U.S. Attorney
    RANDALL ROGERS
```

///

///

///

**ORDER**

The status hearing regarding supervised release, currently scheduled for December 21, 2023, is continued, for further investigation, to February 1, 2024, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __**December 18, 2023**__         /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE