UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00085-JLT SKO |
| Plaintiff, | ORDER DENYING MOTION TO UNSEAL TRANSCRIPT |
| v. | (ECF No. 89) |
| TIMOTHY GRAYSON, | |
| Defendants. | |

Defendant Timothy Grayson has filed a motion to unseal the transcript of the hearing of December 11, 2023. (ECF No. 89)

During that hearing, (ECF No. 81) the Court heard Defendant's motion for new counsel. To facilitate a frank discussion of the issues between Defendant and his then-counsel, Monica Bermudez, the Court sealed the portion of the record concerning Defendant's concerns about his counsel and counsel Bermudez's response. The discussion did not concern the underlying criminal allegations against Defendant Grayson or the events underlying those allegations. Notably, counsel for the United States was excused from that portion of the hearing. Following the discussion, the Court unsealed the remainder of the record and announced its decision that it was granting Defendant's motion for new counsel.

As provided in the Local Rules for the Eastern District of the United States, "Upon the motion of any person, or upon the Court's own motion, the Court may, upon a finding of good

1

cause or consistent with applicable law, order documents unsealed. See Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1." E.D.C.A. Local Rule 141.

Defendant's motion states that "Mr. Grayson wishes to review, with counsel, matters discussed during these proceedings, in preparation for a contested hearing as to the violation alleged, and counsel is informed that a transcript cannot be provided to counsel unless the Court issues an order to unseal. Such order is therefore requested." (ECF No. 89, at p. 2).

Defendant has not established good cause to unseal the transcript. Although Defendant states that the transcript may help inform an evidentiary hearing, the Court does not agree. The sealed portion of the transcript concerned only the issue of Counsel Bermudez's representation of Defendant Grayson and communication issues between them. It did not concern the underlying allegations regarding the Government's petition against Defendant. Moreover, the transcript was sealed to facilitate a frank discussion regarding communications between Defendant and his former counsel. The Court finds that the reason for sealing that portion of the transcript remains valid.

The Court thus DENIES Defendant Grayson's motion to unseal the transcript from the December 11, 2023 hearing (ECF No. 81).[1]

IT IS SO ORDERED.

Dated:  **January 11, 2024**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order precludes Defendant and his counsel from obtaining the transcript of the unsealed portion of this hearing.