```
JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
TIMOTHY GRAYSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:14-CR-00085-JLT-SKO |
| vs. | STIPULATION AND ORDER TO CONTINUE |
| TIMOTHY GRAYSON, | |
| Defendant. | |

Defendant TIMOTHY GRAYSON by and through his attorney James R. Homola, and the United States of America, through its attorney, David Gappa, Assistant U.S. Attorney, hereby stipulate to the following joint request: That the hearing scheduled for February 1, 2024 be continued, for further investigation, to March 21, 2024 at 2:00 pm.  Delay is waived per the Speedy Trial Act.

DATED: January 26, 2023

```
/s/ James R. Homola                /S/ David Gappa
JAMES R. HOMOLA                    DAVID GAPPA
Attorney for Defendant             Assistant U.S. Attorney
RANDALL ROGERS
```

## **ORDER**

IT IS SO ORDERED that the status conference is continued from February 1, 2024, to **March 21, 2024, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:  **January 26, 2024**              /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE