PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY GRAYSON,<br><br>　　　　　　　Defendant. | CASE NO.  1:14-CR-00085-JLT-SKO<br><br>STIPULATION FOR CONTESTED HEARING DATE; ORDER<br><br>PROPOSED HEARING DATE: April 22, 2024<br>TIME: 11:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

　　　　This case is currently set for a status conference on March 21, 2024.  The defendant has stated that he does not intend to admit any of the charges against him, and he would like the court to schedule a hearing at which evidence can be presented.  The parties have been advised to select a Monday for a hearing.  The parties request that the court schedule a hearing for April 22, 2024.  The parties believe that it should be possible to complete the hearing in less than three full hours.

　　　　 Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter has been scheduled for a status conference on March 21, 2024.  Since that date was set, the defendant stated that he would like the court to schedule a contested hearing on the allegations that he has violated terms of his supervised release.

　　　　2.　　By this stipulation, the parties have agreed to a hearing date of April 22, 2024.  The parties also agree that the status conference scheduled for March 21, 2024, is not necessary, and the

parties request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated:  March 19, 2024                          PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ David Gappa
                                                DAVID L. GAPPA
                                                Assistant United States Attorney


Dated:  March 19, 2024                          /s/ James R. Homola
                                                James R. Homola
                                                Counsel for Defendant
                                                TIMOTHY GRAYSON

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>TIMOTHY GRAYSON,<br><br>              Defendant. | CASE NO.  1:14-CR-00085-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>PROPOSED HEARING DATE: April 22, 2024<br>TIME: 11:00 am<br>COURT: Hon. Jennifer L. Thurston |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on March 19, 2024, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release violation hearing in this case is scheduled to begin on **April 22, 2024, at 9:00 a.m. in Courtroom 4 before District Judge Jennifer L. Thurston**.

IT IS FURTHER ORDERED that the status conference scheduled for March 21, 2024, is vacated.

IT IS SO ORDERED.

Dated:   **March 19, 2024**                              /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE

3