JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
TIMOTHY GRAYSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TIMOTHY GRAYSON, Defendant. | Case No. 14 CR 085 JLT  STIPULATION AND PROPOSED ORDER TO CONTINUE |

   Defendant TIMOTHY GRAYSON by and through his attorney James R. Homola, and the United States of America, through its attorney, David Gappa, Assistant U.S. Attorney, hereby stipulate to the following joint request: That the hearing scheduled for May 20, 2024 be continued to July 15, 2024 at 9:00 am.  Delay is waived per the Speedy Trial Act.

DATED: May 16, 2024

    /s/ James R. Homola                /S/ David Gappa
    JAMES R. HOMOLA                    DAVID GAPPA
    Attorney for Defendant             Assistant U.S. Attorney
    TIMOTHY GRAYSON

**ORDER**

**IT IS SO ORDERED.**  The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

   Dated:  **May 16, 2024**

                                        _____
                                        UNITED STATES DISTRICT JUDGE