PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY GRAYSON,<br><br>    Defendant. | CASE NO. 1:14-CR-00085-JLT-SKO<br><br>STIPULATION FOR HEARING TO ADMIT SUPERVISED RELEASE VIOLATION<br><br>HEARING DATE: June 20, 2024<br>TIME: 2:00 p.m. |

This case is currently set for a contested hearing on July 10, 2024. The defendant has stated that he intends to admit charge two of the superseding violation petition. The parties are available on June 20, 2024, for a hearing at which the defendant agrees to consent to magistrate judge jurisdiction and admit the conduct alleged in charge two of the superseding petition.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter has been scheduled for a contested hearing on July 10, 2024. Since that date was set, the defendant stated that he would like the court to schedule a hearing at which he will admit the conduct alleged in charge two of the superseding petition.

2.  By this stipulation, the parties have agreed to a hearing date of June 20, 2024. Assuming the defendant makes this admission as planned, the parties will agree that the contested hearing scheduled for July 10, 2024, is not necessary, and the parties will request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated: June 18, 2024	PHILLIP A. TALBERT
United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated: June 18, 2024	/s/ James R. Homola
James R. Homola
Counsel for Defendant
TIMOTHY GRAYSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY GRAYSON,<br><br>    Defendant. | CASE NO.  1:14-CR-00085-JLT-SKO<br><br>ORDER<br><br>HEARING DATE: June 20, 2024<br>TIME: 2:00 p.m. |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on June 18, 2024, and also reviewed the record of this case.

IT IS HEREBY ORDERED that this matter is scheduled for a hearing on June 20, 2024, at 2:00 p.m. so that the defendant can admit a violation of his supervised release as alleged in the superseding petition.

DATE: 6/18/2024

*Sheila K. Oberto*
Honorable Sheila K. Oberto
United States Magistrate Judge

3