JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
TIMOTHY GRAYSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 14 CR 085 |
| vs. | |
| | MOTION TO WITHDRAW MOTION |
| TIMOTHY GRAYSON, | TO SET ASIDE ADMISSION |
| Defendant. | |

Defendant TIMOTHY GRAYSON by and through his attorney James R. Homola, hereby moves to withdraw his motion, filed on July 8, 2024, to set aside his admission to a violation of supervised release.

DECLARATION OF TIMOTHY GRAYSON

1. I am the Defendant in this case.

2. I submitted the subject motion to set aside admission without the advice of counsel.

3. Having subsequently conferred with counsel as to the likely ramifications of the subject motion, I conclude that my interests are best served by withdrawing the request to set aside my admission of a violation of supervised release, and proceeding to sentencing.

I declare under penalty of perjury of the laws of the United States that the above is true and correct.

DATED: July 17, 2024

/s/ Timothy Grayson
TIMOTHY GRAYSON,
Defendant

DATED July 17, 2024

Respectfully submitted,

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant
TIMOTHY GRAYSON

**ORDER**

IT IS SO ORDERED.

Dated: __July 17, 2024__         /s/ Erica P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE