UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> TIMOTHY GRAYSON, ) <br> ) <br> Defendant. ) <br> ) | No. 14CR0085-JLT-SKO-1 <br><br> ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL PROCEEDING FOR PREPARATION OF TRANSCRIPT FOR DIRECT APPEAL |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sealed portion of the hearing in this case from April 11, 2024, be unsealed so that a transcript of this hearing in its entirety may be provided to defense counsel and the government for direct appeal. The sealed portion of this proceeding shall be resealed following the preparation of this transcript.

IT IS SO ORDERED.

Dated:  **August 21, 2024**

UNITED STATES MAGISTRATE JUDGE

1