JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
TIMOTHY GRAYSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | Case No 1: 14 CR 85 JLT-SKO |
| | \| | |
| Plaintiff, | \| | MOTION TO TERMINATE CJA |
| | \| | APPOINTMENT OF JAMES R. HOMOLA |
| V. | \| | AS ATTORNEY OF RECORD |
| | \| | [PROPOSED ORDER] |
| TIMOTHY GRAYSON, | \| | |
| | \| | |
| Defendant. | \| | |
| _____ | \| | |

On July 28, 2023, a Petition for Warrant or Summons for Person Under Supervision was filed, alleging four violations of conditions of supervised release, prohibited contact with minors, unauthorized use of a computer and access to the internet, and loitering in an unauthorized area. On December 14, 2023, Magistrate Judge Grosjean appointed attorney James R. Homola to represent Mr. GRAYSON, in lieu of previously-appointed counsel. On April 11, 2024, a second motion by Mr GRAYSON for appointment of new counsel was denied by Magistrate Judge Oberto, and on May 6, 2024, Mr GRAYSON'S third motion for substitution of counsel was denied by Magistrate Judge Boone.  On June 20, 2024, Mr GRAYSON admitted the charged violation, loitering in an unauthorized area.  On July 8, 2024, Mr. GRAYSON filed a motion to withdraw plea, but withdrew that motion on July 17, 2024.

On July 29, 2024, Mr. GRAYSON's supervised release was revoked by District Court Judge Thurston, and he was sentenced to 24 months in custody,

1    and a new term of 216 months supervised release.  On July 30, 2024, a Notice

2    of Appeal was filed.  On August 6, 2024, appointed counsel James Homola's

3    motion to withdraw was granted by the U.S. Court of Appeals, and Attorney

4    Gary Burcham was appointed for Mr GRAYSON.

5         Mr. GRAYSON is in BOP custody.  Having completed his representation of

6    Mr. GRAYSON, CJA attorney James R. Homola now moves to terminate his

7    appointment under the Criminal Justice Act.

8    Dated: August 23, 2024                    Respectfully submitted,

9                                              /s/ James R. Homola
                                               JAMES R. HOMOLA
10                                             Attorney for Defendant

11

                                    [PROPOSED] ORDER
12

13        Having reviewed the notice and finding that attorney James R. Homola

14   has completed the services for which he was appointed, the Court hereby

15   grants attorney James R. Homola's request for leave to withdraw as defense

16   counsel in this matter.

17        Should Defendant seek further legal assistance, Defendant is advised to

18   contact the attorney appointed to represent him on appeal of this case:

19        Gary Burcham
          Attorney at Law
20        402 West Broadway, Suite 1130
          San Diego, CA 92101
21        Telephone: (619) 699-5930

22        The Clerk of the Court is directed to serve a copy of this order on

23   Defendant GRAYSON at the following address, and to update the docket to

24   reflect Defendant's status and contact information.

25   ///

26   ///

27   ///

28   ///

1    TIMOTHY GRAYSON
     # 7118088
2    Fresno County Jail
     PO Box 872
3    Fresno, CA  93712

4
IT IS SO ORDERED.
5

6    Dated:   **August 27, 2024**

UNITED STATES DISTRICT JUDGE
7

8