HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00085-JLT-SKO |
|---|---|
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| TIMOTHY BRIAN GRAYSON, | |
| Defendant. | |

Defendant, Timothy Brian Grayson, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking a modification to a term of his supervised release.

Mr. Grayson is currently serving a 216 month term of supervised release that began on April 11, 2025, and he has requested assistance with modifying a term of his supervised release that impacts where he is able to reside. Mr. Grayson submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Timothy Hennessy be promptly appointed *nunc pro tunc* as of April 16, 2025.

DATED:  April 16, 2025                              /s/ Peggy Sasso
                                                                    PEGGY SASSO
                                                                    First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Timothy Hennessy *nunc pro tunc* as of April 16, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**April 16, 2025**__          /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE